UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TAMMY EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:14-cv-00048-LGW-JEG |
| | ) |
| RDAL, INC. and ASHLEY DAVID LEE, | ) |
| | ) |
| Defendants. | ) |

### CONSENT JUDGMENT

PLAINTIFF TAMMY EDWARDS ("Plaintiff") AND DEFENDANTS RDAL, INC. and ASHLEY DAVID LEE ("Defendants"), by and through their respective counsel of record, having consented hereto,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall have and recover from Defendants the cumulative sum of $12,000.00.

2. Defendants agree to be jointly and severally liable for said Judgment of $12,000.00.

3. Said Judgment of $12,000.00 shall be due and payable in twenty-four (24) monthly installments of $500.00. The first payment shall be due on or before January 20th, 2015. Each payment thereafter shall be due on or before the 20th of each subsequent month. Said payments shall be considered "paid" when they are physically delivered to the undersigned Plaintiff's counsel or that of his office staff, and such payment is in good and lawful funds and clears deposit.

4. If the Defendants fail to timely make any payment specified above, the entire amount then due and owing shall become immediately payable with interest at a rate of 10% per annum.

5. Each party shall bear their own costs including attorney's fees.

**SO ORDERED** this 24 day of December, 2014.

_____
United States District Judge

CONSENTED TO BY:

Whitworth & McLelland, LLC

**s/ Brad S. McLelland, Esq.**
Brad S. McLelland
Georgia State Bar No. 496898
Attorney for Plaintiff

1801-B Gloucester Street
Brunswick, Georgia 31520
Telephone: (912) 265-4000
Facsimile: (912) 264-5884
bmclelland@whitworthmcelland.com

CONSENTED TO BY:

McGee and McGee, P.C.

**s/ Jim McGee, Esq.**
Jim McGee, Esq.
Georgia State Bar No. 491550
Attorney for Defendants

313 Albany Avenue
Post Office Box 679
Waycross, Georgia 31502-0679
Telephone: (912) 285-0355
Facsimile: (912) 285-4729
mcgeemcgee@bellsouth.net